O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ,<br><br>   Petitioner,<br><br>  v.<br><br>DAVID B. LONG,<br><br>   Respondent. | Case No. CV 14-2008-JVS (KK)<br><br>ORDER ACCEPTING FINDINGS & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Second Amended Petition for a Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and all records on file. The Court accepts the findings and recommendation of the United States Magistrate Judge.

1  IT IS THEREFORE ORDERED that: (1) Respondent's Motion to Dismiss is
2  GRANTED with respect to Claim Two; (2) Respondent's Motion to Dismiss is
3  DENIED with respect to Claims One and Three; and (3) Respondent shall file an
4  Answer to Claims One and Three within thirty days of the date of this Order.

6  DATED: March 1, 2016    _____
                            HONORABLE JAMES V. SELNA
7                           UNITED STATES DISTRICT JUDGE