JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RAMIREZ, | Case No. CV 14-2008-JVS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID B. LONG, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: October 11, 2016

HONORABLE JAMES V. SELNA
United States District Judge